WILLIAM F. MEYERS, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. MAYOR AND COUNCIL OF THE BOROUGH OF
EAST PATERSON, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 37 *N. J. Super.* 122.

*Mr. R. Sery Nicosia* and *Mr. Herbert A. Chary* for the
petitioners.

*Mr. Arthur J. Messineo* and *Mr. Mervyn R. Montgomery*
for the respondents.

December 19, 1955. Granted.

FREDERICK C. MORTENSEN, *ET AL.*, APPELLANTS-PETI-
TIONERS, v. BOARD OF REVIEW, *ET AL.*, RESPOND-
ENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 37 *N. J. Super.* 236.

*Messrs. Rothbard, Harris & Oxfeld* and *Mr. Abraham L.
Friedman* for the petitioners.

*Messrs. Riker, Emery & Danzig, Mr. Dickinson R. De-
bevoise* and *Mr. Clarence F. McGovern* for the respondents.

December 19, 1955. Granted.